IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

jieying Pan

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

City of New York (NYPD) and 72nd precinct brooklyn police Department Many police officers and supervisors.

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**

(Non-Prisoner Complaint)

Case No. **25-5895**

*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in *forma pauperis*.

# I. The Parties to This Complaint

## A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name _Jieying Pan_
Street Address _P. O. Box 200306_
City and County _brooklyn NY_
State and Zip Code _11220_
Telephone Number _917 718 5388_
E-mail Address _karyannazhu@gmail.com_

## B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name _City of New York (NYPD)_
Job or Title
(if known)
Street Address _100 church st 4FL_
City and County _New York, NY USA_
State and Zip Code _10007_
Telephone Number _212 356 1400_
E-mail Address
(if known)

2

**Defendant No. 2**

Name — *72nd precinct brooklyn police Department*

Job or Title
(if known) — 

Street Address — *1 police plaza.*

City and County — *New York*

State and Zip Code — *NY 10038*

Telephone Number — *646 610 5000*

E-mail Address
(if known) — 

**Defendant No. 3**

Name — *72nd precinct brooklyn police many*

Job or Title
(if known) — *police officers and supervisors.*

Street Address — *see the attached complaint*

City and County — *letter for the defendant's*

State and Zip Code — *police ID number and partial*

Telephone Number — *name. page ③①②④⑤*

E-mail Address
(if known) — 

**Defendant No. 4**

Name — *I have complained to CCRB 25*

Job or Title
(if known) — *times and have the relevant*

Street Address — *complaint number, I was persecuted*

City and County — *by the police family because*

State and Zip Code — *of reporting 666 51St brooklyn NY 11220*

Telephone Number — *the underground gambling company, which*

E-mail Address
(if known) — *defrauded the government for 25 years and failed to pay w4 tax on illegal cash income was taken care of by the 72nd precinct.*

3

# Attached Page.

The incident occurred between 2020-2025. Specific matters:

09/24/2020. Complaint # 2020-072-004555 Reports were incorrect property was stolen, and doors were broken into. No Police ID.

04/01/2021 Complaint # 2021-072-002066 Reports were incorrect property was stolen and doors were broken into. ID: 5146 ID: 21423.

11/1/2020. Complaint # 2020-072-005233 Reports were incorrect property was stolen and doors were broken into. No police ID.

5/29/2022. Violent law enforcement, framing me, fabricating a report, seriously obstructing justice, Arrested without a warrant, with serious procedural errors. One hispanic and one Mexican. No police ID. CR-015091-22KN. 5/16/2023 The case closed, was detained for 72 hours.

7/6/2022 Tricked into illegal arrest, arrested without a warrant police brutality falsified report. 5 officers from the 72nd precinct, 4 men and 1 woman. No police ID. CR-019192-22KN, was detained for 72 hours. 10/12/2022 the case closed. I committed suicide in prison

ID: 20221 AIELLO. Hate discrimination against Asians, using a mobile phone to take close-up photos of my painful face and humiliating prisoners.

8/22/2023. Without an arrest warrant, violent law enforcement, property damage, falsified report. Framed. ID: 12820 LUO and partner with a spanish female police officer. CR-030880-23KN. 11/27/2023. The case closed. Was detained for 72 hours.

ID: 21446 DANIEL Hate discrimination obstruction of justice and refusal to correct erroneous reports.

ID: 5146 COLVIL 1933 MORALES. Theft, property damage, obstruction of justice, No police report.

ID: 26360 CUNNINGHAM. Hate discrimination against Asians, threats of deportation and obstruction of justice.

①

receipt requested, to the officer or chief executive officer of the agency, and 2) **personal service** on the State of New York in the manner described above.

**Service upon a corporation** shall be made by delivering the initiating papers to an officer, director, managing or general agent, or cashier or assistant cashier or to any other agent authorized by appointment or by law to receive service.

**Personal service upon a natural person** shall be made by one of the following methods:
a) **Personal Delivery:** delivering the initiating papers within New York to the person to be served, or

b) **Substituted Service** (in 2 steps): **by 1)** delivering the papers within New York to a person of suitable age and discretion at the actual place of business, dwelling place or usual place of abode of the person to be served, and **then 2)** also mailing the papers by first class mail to the person to be served at his or/her last known residence or actual place of business in an envelope marked **"personal and confidential"** and must not indicate on the outside, in any way, that the contents concern a court case. You must complete both steps when using substituted service.

c) **Serving an Agent:** delivering the process within New York to a designated agent for the service of process.

d) **"Nail and Mail" Service:** if your repeated attempted to serve the other parties by personal and substituted service have failed, you may try the following **two step procedure:** 1) affix the summons to the door of the actual place of business, dwelling place, or usual place of abode within New York State of the person to be served, and 2) mail the initiating papers by first class mail to the person to be served at her or her last known residence or actual place of business in an envelope marked **"personal and confidential"** with no indication on the outside that the contents concern a court case. The affidavit of service by "nail and mail" must indicate all the prior attempts at personal and substituted service.

## Timeliness and Filing Proof of Service of Initiating Papers

Before the papers are served, you must file your papers and obtain an index number in the County Clerk's Office **(Room 189) before the statute of limitations has expired.** If you are bringing a special proceeding or an action in which the statute of limitations is four months or less, the papers must, after timely filing with the County Clerk, **be served no later than 15 days after the date when the statute of limitations expires.** A **summons with notice** or **summons and complaint** must be served within **120 days** of filing with the County Clerk.

After service of process, the person who served the papers must fill out a statement, called an **affidavit of service**, which is sworn to and signed in front of a notary. The affidavit of service must state the date, place, and time when the papers were served, and include a description of the person served. The description must state the sex, skin

7/13/2023 complaint # 2023-072-004607 obstruction of justice. The police report was incomplete and erroneous and it concealed the name of the landlord who maliciously harassed and intimidated me. making it impossible for me to sue and obtain compensation. No police ID. I have a protection order but the landlord harassed and threatened me, ~~too there th~~ Not arrested.

08/18/2023 complaint # 2023-072-005033 obstruction of justice. The police report was incomplete and erroneous, and it concealed the name of the landlord who maliciously harassed and intimidated me making it impossible for me to sue and obtain compensation. I have a protection order but the landlord Not arrested.

ID: 12318 Hate discrimination obstruction of justice, intimidation expulsion and threats against me.

ID: 5636 ZEVELEV Hate discrimination obstruction of justice, intimidation expulsion and threats against me.

06/01/2023. NO police ID. obstruction of justice. The police officer helped the landlord by fabricating a report against me with false accusations. complaint Number: 003289 Date: 07/24/2023.
Frm 182956 07/21/2023. There are copies of the documents that framed me for harassment, which led to my illegal arrest again on 8/22/2023 when the landlord had a protective order against me.

01/2/2024. ID: 12820 Luo and her partner a Spanish female police officer. obstruction of justice. Luo told me that he received orders from his superiors and had no choice but to break the law. Theft, property damage, no police report. There is a video showing a Spanish policewoman helping a landlord cover up a crime.

2/12/2024 No police ID. obstruction of justice. two Spanish male police officers were at the scene of the theft and have video footage but no police report has been sent to me. property damage.

②

This summary will **BRIEFLY** describe how to serve legal papers when commencing an action or proceeding. It is not intended to be a substitute for legal research or representation. **ANYONE INTERESTED IN BEGINNING A LAWSUIT IS STRONGLY ENCOURAGED TO SEEK LEGAL COUNSEL.THE HELP CENTER CANNOT PROVIDE YOU WITH LEGAL ADVICE OR COMPLETE FORMS ON YOUR BEHALF.**

## HOW TO SERVE LEGAL PAPERS
## WHEN COMMENCING AN ACTION OR PROCEEDING

Providing legal papers to other parties in a case is known as service. Service of papers that **commence** a case is referred to as **service of process** and must be accomplished in a special manner, described below. Service of **subsequent papers**, however, may usually be done by mailing. Rules regarding service must be strictly observed, especially with respect to service of process, since service gives notice of the existence of the case.

### Service of the Initiating Papers

The summons with notice, summons, and complaint, or notice of petition and petition are referred to as **initiating papers**. The law requires that all other parties be formally notified that a case has been commenced before a plaintiff or petitioner may obtain the relief demanded. Therefore, initiating papers must be served on all defendants or respondents **in the manner specified by the Civil Practice Law and Rules ("CPLR"). Please refer to Exhibit A for a copy of an Affidavit of Service of Initiating Papers.**

A person serving the papers must be 18 years of age or older and **must not** be a party to the case. Papers may be served by a process server or a friend or relative so long as that person is not a party to the case.

**Service upon a governmental agency:** The City of New York shall be served by personal delivery of the initiating papers to **Corporation Counsel** or to **any person designated** to receive process in a writing, filed in the office of the clerk of New York county. **Personal service on the State of New York** shall be made by delivering the process to an Assistant Attorney General at an office of the Attorney General or to the Attorney General within the State. **Service on a state officer** who is sued solely in an official capacity, or a state agency shall be made by personal delivery to such officer, or to the chief executive officer of such agency, or to a person designated by the chief executive officer to receive service. **As an alternative,** service on such officer may be made by taking the following two steps: 1) **mailing** the papers by certified mail, return

3/16/2024. ⬤ Police ID. 29114 PROSCIA. Two Spanish policemen, one male and one female. had just returned from sending off a door repairman. the door had been broken into again stolen. and there had been property damage. The landlord's husband and her daughter. were at home the police give me a report on the scene. mei Farrell harass me. did not obstruction of justice.

4/20/2024 ⬤ Police ID. 21423 Sainte Lme. obstruction of justice. the Police at scene saw the black garbage bag on my window. I was threatened and harassed by the landlord. but I did not report it. which made it impossible for me to sue the landlord. two spanish policemen. have Video.

4/24/2024 ⬤ Police ID. 3183 Sasso. obstruction of justice. the police at saw my window glass spray painted frosted couldn't see the street was intimidated didn't get any police report. couldn't sue landlord. There is a live video.

4/25/2024 ⬤ Police ID. 23164 vanderheide. obstruction of justice. I call 911 and was being intentionally and maliciously harassed by noise from the landlord's daughter. I had video of the scene. but I couldn't get any report Instead. I was discriminated against and couldn't sue the landlord for compensation.

5/5/2024 ID: 18820. obstruction of justice. I am a whistleblower. the landlord's family has a grudge against me. there is feces and cigarette butts on the window and the fool on the window is all contaminated. I called 911. but the spanish female police officer clearly discriminated against me and protected the landlord's crime. she did not give me any on-site report making it impossible for me to sue the landlord. There is video, The clothes in my room were cut. It was obvious that I was maliciously retaliated against.

②

of Appeals, New York's highest court. The Court of Appeals will almost never hear appeals that are not first brought to the Appellate Division.

## What Rulings are Appealable

The general rule is that only a **Judgment or Order** can be appealed. An order grants or denies relief after a hearing or after it is requested in a motion made on notice. A Judgments grants or denies a relief after a trial.

An appeal must be taken **WITHIN THIRTY DAYS** after the parties receives a copy of the judgment or order appealed from and written notice of its entry. Thus, the time period during which an appeal must be started does not begin to run upon the signing of an order of judgment. Rather, the order or judgment **MUST** be entered or formally filed in the Office of the County Clerk and recorded in its' records. The entry date is reflected by the date stamped by the County Clerk on the original order or judgment.

Orders are automatically entered. However, for a judgment to be entered, the prevailing party **MUST** appear before the Judgment Clerk in the County Clerk's Office, Room 189 and request entry with papers that are in the proper form. Ordinarily, it is the responsibility of the **Prevailing Party** to prepare the judgment.

Only an Aggrieved Party, one that has been harmed by an order or judgment may appeal. In general, an appeal may be taken as of right from a judgment or an order determining a motion made on notice which adversely affects substantial rights of a party (CPLR 5701). Certain orders, such as those made in **Article 78 Proceedings**, are **NOT** appealable as of right, but may be appealed by permission (CPLR 5701 section b,c). An Aggrieved Party **MUST** request permission to appeal by making a motion.

## The Deadline for Taking an Appeal

**If you decide to appeal, you MUST serve and file your notice of appeal within 30 days of the date you receive a copy of the judgment or order with notice of entry. Parties CANNOT agree and the Court CANNOT grant a motion to extend the time to file a notice of appeal.**

ID: 24025 BEG 16697 LAW 3836 MAYNARD 12/9/2024.
666 57St brooklyn ~~NY~~ NY 11220

This is a serious obstruction of Justice. The first two times I couldn't return home to retrieve my belongings because I didn't wait for the police to arrive. The judge couldn't believe the 72nd precinct police were violating my civil rights. I called 911 multiple times between 9am - 4:50pm this was the third time I was allowed home to retrieve my belongings, but the police arrived 10 minutes before my scheduled return time. I could have immediately used my key to enter, but they stopped me. I then had to watch the police and the landlord's daughter, Mei Farrell stage a showdown to prevent me from returning home to record video evidence thereby covering up the landlord's illegal trespass and theft, Finally after two hours of talking with my criminal lawyer at the gate, the police still wouldn't let me go home. they intentionally and maliciously wasted my time and defied my intelligence, my property worth about $400,000 over 30 years was stolen at this address, I called 911 but instead of protection investigation evidence collection and arrest of the criminal, I was chased away by the police and prevented from returning home. It turns out that the sheriff and the thief are family !!! Eric Park zhang maybe a police officer, the landlord's son is also one of the landlords the landlord's daughter Mei Farrell's brother. senior sergeant Farrell is Mei Farrell's husband. all family! I am desperate and disappointed, The Park Family violated my human rights !!!

④

## <u>HOW TO TAKE AN APPEAL</u>

If you are dissatisfied with the court's order or judgment in your case you may, under certain circumstances appeal to a higher court. This summary will **BRIEFLY** describe what is appealable, where an appeal is prosecuted and how the appellate process is initiated. It **WILL NOT** address the appeal process in detail. For specific information about the appeal process, you should familiarize yourself with **Articles 55 and 57 of the Civil Practice Law and Rules (CPLR) and the Rules of the Appellate Division, Second Department**. The Appellate Division, Second Department is located at 45 Monroe Place, Brooklyn, New York 11201 (718 875-1300). **ANYONE CONSIDERING AN APPEAL IS STRONGLY ENCOURAGED TO SEEK LEGAL COUNSEL.**

## <u>What is an Appeal?</u>

The appellate procedure provides an opportunity for a party who has been adversely affected by the order or judgment of one court to request review from a higher court. The appeal **IS NOT** a new trial. The higher court will review the same evidence that was before the trial court and will examine whether the trial Justice committed an error that requires reversal of the judgment or order. The appellate court will consider the following: the evidence presented to the trial court (record on appeal), the parties' written arguments (appellate briefs), and a short oral argument. The party seeking appellate review is called the **Appellant.** The parties against whom the appellant seeks reversal are referred to as **Respondents.**

## <u>The Appellate Court Structure</u>

The Appellate Division, Second Department is an intermediate appellate court which hears appeals from orders and judgments of the Supreme Court, Kings County and several other courts. The next level of appellate review is to the Court

5/16/2024. This is a serious obstruction of justice and violation of human and civil rights. A Hispanic man, approximately 5 feet tall, thin, with brown eyes and a crew cut, 7:45am illegally arrested me without a warrant, illegally invaded and violently enforced the law, causing property damage, and framed me with false criminal charges, the perpetrator. Mei Farrell, and the sheriff in charge are husband and wife. I was robbed violently assaulted and subjected to attempted murder. I was covered in bruises and hospitalized in three hospital emergency rooms, Doctors took numerous photos of my injuries. yet the police report stated I was uninjured, her husband exploited his position to lock up Mei Farrell's confession preventing me from obtaining a copy. This lack of crucial evidence in the civil injury lawsuit allowed Mei Farrell to exploit four-year-old daughter and falsely accuse me of injury. completely reversed black and white. Mei Farrell is a doctor and can forge medical reports, husband is policeman can forge police reports, used 4 year old daughter to frame me and act as a victim. This is a perfect criminal family, their revenge on me is crazy. the poor 3 children grew up under lies and criminal education. The social welfare institution should take the children away, this couple is horrible they conspired to commit crimes by any means to achieve their goals. Mei Farrell, 5/16/2024 she was 4 months pregnant at the time. After she pleaded guilty in the criminal court, the judge did not send her to jail, he just told me to file a civil claim for damages. I am an innocent victim of obstruction of justice, a victim of legal loopholes. Now the pursuit of a fair and just trial is my lifelong career.
 CR-020176-24 KN. 06/25/2025 close case. Detention for 48 hours.

(5)

This summary will **BRIEFLY** describe how to serve legal papers when commencing an action or proceeding. It is not intended to be a substitute for legal research or representation. **ANYONE INTERESTED IN BEGINNING A LAWSUIT IS STRONGLY ENCOURAGED TO SEEK LEGAL COUNSEL.THE HELP CENTER CANNOT PROVIDE YOU WITH LEGAL ADVICE OR COMPLETE FORMS ON YOUR BEHALF.**

## HOW TO SERVE LEGAL PAPERS WHEN COMMENCING AN ACTION OR PROCEEDING

Providing legal papers to other parties in a case is known as service. Service of papers that **commence** a case is referred to as **service of process** and must be accomplished in a special manner, described below. Service of **subsequent papers**, however, may usually be done by mailing. Rules regarding service must be strictly observed, especially with respect to service of process, since service gives notice of the existence of the case.

### Service of the Initiating Papers

The summons with notice, summons, and complaint, or notice of petition and petition are referred to as **initiating papers**. The law requires that all other parties be formally notified that a case has been commenced before a plaintiff or petitioner may obtain the relief demanded. Therefore, initiating papers must be served on all defendants or respondents in the **manner specified by the Civil Practice Law and Rules ("CPLR")**. **Please refer to Exhibit A for a copy of an Affidavit of Service of Initiating Papers.**

A person serving the papers must be 18 years of age or older and **must not** be a party to the case. Papers may be served by a process server or a friend or relative so long as that person is not a party to the case.

**Service upon a governmental agency:** The City of New York shall be served by personal delivery of the initiating papers to **Corporation Counsel** or to **any person designated** to receive process in a writing, filed in the office of the clerk of New York county. **Personal service on the State of New York** shall be made by delivering the process to an Assistant Attorney General at an office of the Attorney General or to the Attorney General within the State. **Service on a state officer** who is sued solely in an official capacity, or a state agency shall be made by personal delivery to such officer, or to the chief executive officer of such agency, or to a person designated by the chief executive officer to receive service. **As an alternative,** service on such officer may be made by taking the following two steps: 1) **mailing** the papers by certified mail, return

REV. 11/2021

complaints against two other clerical police officers:

① In the office next to the window of the 72nd precinct a black woman wearing glasses and with a large black birthmark on the left side of her face seriously obstructed judicial justice, repeatedly preventing the filing of detailed and accurate reports. she also engaged in hate speech against Asian Americans and repeatedly prevented the correction of erroneous reports.

② Asian women, about 35 years old, medium-length hair black. Mandarin translation comes from Guangdong province, china. 7/6/2022 5pm when I arrived at the 72 ~~police~~ Police, I arrived on time but I was illegally arrested, After being humiliated and violently enforced, I committed suicide in prison that night and was sent to the emergency room, It exacerbated my depression and PTSD.



# KINGS COUNTY SUPREME COURT
# HELP CENTER – ROOM 123
# 360 ADAMS STREET
# BROOKLYN, NY11201

This summary will **BRIEFLY** describe how to file an Order to Show Cause. It is not intended to be a substitute for legal research or representation. **ANYONE INTERESTED IN BEGINNING A LAWSUIT IS STRONGLY ENCOURAGED TO SEEK LEGAL COUNSEL.THE HELP CENTER CANNOT PROVIDE YOU WITH LEGAL ADVICE OR COMPLETE FORMS ON YOUR BEHALF.**

## HOW TO FILE AN ORDER TO SHOW CAUSE

### Filing Instructions

1. Prepare the **Order to Show Cause (see Exhibit A)** and **Affidavit in Support (see Exhibit B)**. Have the Affidavit in Support notarized. Label and attach all relevant exhibits.

2. Obtain a **Request for Judicial Intervention (RJI) (see Exhibit C)** and complete both sides of the form. If an RJI has previously been filed by either side, you do not have to file another, and you may proceed to Step 3.

3. Bring your papers to the County Clerk's Office (Room 189). Be prepared to pay the filing fee(s) of $45* for the Order and $95* for the RJI, if needed.

4. The County Clerk will stamp your papers PAID and you can then submit them in the Ex Parte Office (10th Floor) where they will be taken in, reviewed, and forwarded to a Judge for consideration. **KEEP COPIES OF ANY PAPERS YOU SUBMIT.**

5. If your Order is signed by the Judge, you must obtain a copy of it and have all the papers served on all parties in the manner directed by the Court. Ask the clerk in the Ex Parte office how that copy may be obtained. Be sure to come to court on the return date selected by the Judge promptly at 9:30 AM with your affidavit of service.

---

* If you are filing as a Poor Person, you must complete the Poor Person request forms available at this office or on the Kings County Supreme Court website in the General Info / General Forms tab and submit them with your initial papers to the Ex Parte Office (10th Floor)

REV. 3/2025

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☑ State or local officials (a § 1983 claim)

☑ Federal officials (a *Bivens* claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

*Hate discrimination against Asians, multiple illegal and wrongful arrests, serious errors in arrest procedures, violent law enforcement deception and entrapment, humiliation of the plaintiff, errors in multiple police reports, serious obstruction of judicial justice →*

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?   *Attach Page.*

*42 U.S.C § 1983 - civil action for deprivation of rights. 42 U.S.C. § 1985 (3) - conspiracy to interfere with civil rights. U.S. Const. amend. IV - protection against unreasonable searches and seizures. → Attached Page*

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

*Please see the attached page*

4

II Basis for Jurisdiction

B. helping the real thief to cover up the truth, conspiracy to frame the Plaintiff, deep belief that someone accepted bribes used public power to settle personal grudges, and the team conspired to persecute the Plaintiff, seriously infringing on the Plaintiff's human rights and civil rights, and depriving the Plaintiff of the right to equal enjoyment of the Law.

C. U.S. Const. amend. XIV - Equal Protection and due process clauses
Monell v. Dep't of Soc. Servs. 436
U.S. 658 (1978) - city liability for unconstitutional policies or customs.
Graham v. Connor 490 U.S. 386 (1989) - objective reasonableness standard for excessive force.
Terry v. Ohio 392 U.S. 1 (1968) - legal standard for police stops.

Attached Page.

Dear. official:

my name is jieying Pan. Tel: 917-718-5388.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

666 51st 1FL brooklyn NY 11220, 72nd Precinct brooklyn Police Department, brooklyn Detention center.

B. What date and approximate time did the events giving rise to your claim(s) occur?

Please see the attached page and complaint form.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

A large number of on-site videos, erroneous police reports, criminal court judgment documents protection orders and other series of documents. A large number of medical reports and treatment reports on physical and mental injuries.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

suffered permanent whiplash injuries to his right knee and wrist. Attempted suicide in prison exacerbated depression and PTSD. also suffered redness, swelling and bruises on many parts of body. Repeated injuries have caused severe physical and mental damage leading to nightmares and severe teeth grinding after falling asleep. Will need nerve extractions and braces installed on all teeth in the future, and dental implants will all be at own expense costing over $100,000 also has other physical and mental injuries that require long-term medical treatment and is now disabled.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Based on the fact that my civil rights have been violated and I have been persecuted for five years, I implore the judge to order compensation for non-economic losses + approximately US$400,000 in stolen personal property + various medical expenses for physical and mental injuries + various expenses incurred in handling this case + punitive compensation for mental damages, with a claim amount of no less than US$3 million. Plus interest penalties and all applicable relief determined by the court and judge.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _10/18_ , 20_25_.

Signature of Plaintiff _____

Printed Name of Plaintiff ___ Jiexing Pan ___ . ___

<u>**Jieying Pan – July Notice of Claims**</u>

**On January 2, 2024,** pursuant to an access order, Mrs. Jieying Pan was allowed to enter her residence at 666 57th Street. Upon entering with two police officers from the 72nd Precinct, Mrs. Pan discovered that the lock on the building's gate had been replaced by her landlord, Mr. Guoduan Zhang, effectively barring her from her room without her consent. Once inside, Mrs. Pan noticed that her room's door lock had been broken, and various personal possessions, valued at approximately $10,000, had been stolen. Shockingly, Mr. Zhang was found occupying her bed, where he had been smoking, leaving a hole in her bed sheet. His mobile phone was discovered under Mrs. Pan's pillow. Additionally, some of the landlord's and his family's belongings were found in Mrs. Pan's wardrobe. Mrs. Pan reported these illegal actions to the accompanying police officers, who refused to file a full and accurate report, declining to investigate further. In response to the police's inaction, Mrs. Pan filed a complaint with the Civilian Complaint Review Board (CCRB).

On **February 12, 2024,** Mrs. Pan officially moved back to 666 57th Street, 1st Floor, Brooklyn, NY 11220. She found that the door lock to her room was still broken, and more of her belongings had been stolen. The landlord's three daughters began taking turns staying at the property, each for a week. They subjected Mrs. Pan to various forms of mental abuse and harassment, explicitly stating their intention to force her out illegally. They threatened to have her committed to a psychiatric hospital or imprisoned. Despite having their own homes, they brought their children in and moved into the living room, using an air mattress. Although the police filed a report during this period, they incorrectly valued the stolen goods at $1,000 instead of the actual amount, over $10,000. Mrs. Pan again filed a complaint with the CCRB about the inaccuracies.

On **February 16, 2024,** Mrs. Pan could no longer tolerate the severe harassment by one of the landlord's daughters and called 911. She played a recording of the harassment for the responding police officer, who dismissed it and further harassed her by questioning the validity of audio recordings as evidence, stating that only video recordings could be used. The officer did not provide her with an inspection report number. Instead, the police called an ambulance and forced her to go to the NYU emergency room, despite her protests that she felt fine, was not suicidal, and was taking her medication as prescribed. The officers threatened to arrest, handcuff, and forcibly take her to the hospital. Mrs. Pan was brought to the hospital against her will but – due to her prior experience with officers at the 72nd Precinct – she remained extremely calm and composed, fearing further physical and psychological harm caused by those officers.

After four hours of physical examination and unlawful partial detention outside the hospital's emergency room, Mrs. Pan was declared to be fit to return home around 11 PM.

At 12:07 AM on **February 17, 2024,** in the early morning hours, a woman named Farrell Mei—whose name Mrs. Pan didn't know at the time—banged desperately on her door. Exhausted from her medication, Mrs. Pan got up to answer it. She demanded rent and the key to her room, which had just been replaced. Mrs. Pan, not knowing who she was, refused but she recorded the incident, telling her harasser to address the matter with the judge.

**April 20, 2024, 1:40 PM:** The landlord's other daughter called the police, falsely accusing Mrs. Jieying Pan of cooking in her room, claiming it could start a fire and endanger her children. This accusation was false, deliberate and malicious in order to harm Mrs. Pan as she had been trying to provoke Mrs. Pan multiple times in the past.

Mrs. Pan had a protection order from a family court judge protecting her from her landlord's family.

The landlord's daughter falsely told the police that Mrs. Pan could use the kitchen, which was impossible because Mrs. Pan was prevented from doing so by verbal and physical threats. Whenever Mrs. Pan tried to boil water in the kitchen—a process that took only 10 minutes—the landlord's family repeatedly turned off the natural gas. She had to stand by the stove to ensure the gas stayed on. The landlord's daughter lied to the police to cause trouble for Mrs. Pan and obtain an inspection report to use against her in court.

At the same time, Mrs. Pan called the police because she discovered that her two windows had been completely sealed with black garbage bags by the landlord in the early morning hours. Frightened and shocked of what had happened, Mrs. Pan, who had a protective order against the landlord, requested the police investigate the matter arrest. However, the police refused to file a report or complaint addressing Mrs. Pan's harassment and abuse from her landlords.

**April 22, 2024, 7:40 AM:** Early in the morning, Yingying Chen went outside Mrs. Jieying Pan's window and banged on it forcefully, repeatedly calling her a fraud and accusing her of cheating him out of rent. Mrs. Pan had returned to live in the apartment per the housing court judge's order, and the housing court lawyer had informed her that she was in her rights. Despite the protective order from the family court judge against him, Yingying Chen continued to harass Mrs. Pan, insulting and slandering her in the morning and evening, with all the neighbors hearing this abuse. Mrs. Pan contacted 911 to report the offense but the police refused to come to the scene. Thus, there are no reports.

**April 30, 2024, 9:30 PM:** Yingying Chen once again went under Mrs. Jieying Pan's window, shouting desperately and making obscene sexual gestures toward her, including kissing motions toward her breasts. He called her a fraud, and all the neighbors witnessed and heard his actions. Aware that Mrs. Pan was recording his behavior, Yingying Chen tried to hide but continued his harassment almost every two days. Mrs. Pan has been subjected to years of harassment, slander, and mental abuse.

Yingying Chen is deliberately creating an uninhabitable environment in an attempt to illegally remove Mrs. Pan from the property. He shows no regard for the protective orders or the judge's rulings, dismissing them as worthless, and supported by the police (72nd Precinct) which refuses to take Mrs. Pan's complaints and arrest Mr. Chen.

**May 5, 2024, 9:45 AM:** Mrs. Jieying Pan called 911 after discovering that her window, which she had been using as a makeshift refrigerator, had been tampered with. Because her food regularly disappeared from the communal kitchen's refrigerator, Mrs. Pan decided not to store her food there anymore. Instead, she opened her room window slightly, allowing cold air to keep her food fresh on the windowsill. However, on May 4, 2024, after calling the police twice regarding the harassment she endured from the landlord's daughter and her children, the situation escalated. In retaliation, someone threw cigarette butts and feces—human waste—onto her windowsill, contaminating her food. Mrs. Pan had to throw everything away.

She had more than reasonable cause to suspect that the landlord was behind this act, which is why she called 911. Although she filmed the entire incident and interactions with the 72nd precinct, she noticed that the police appeared to protect the landlord instead of her by refusing to hear her complaint and file reoprts. Mrs. Pan felt that her rights as an American citizen were being completely disregarded, with the police obstructing justice and depriving her of equal protection under the law. She described her living conditions as a hellish nightmare and reached out to her lawyers who were apprised of those events contemporaneously.



Farrell Mel, along with her children, had also harassed Mrs. Pan, verbally insulting and ridiculing her. She bragged that the police were her friends, prompting Mrs. Pan to apply for a protection order from a family court judge. However, upon information and belief, the judge refused her request, stating that Mel lived in the living room and was not part of the immediate family. The judge advised her to call 911 if necessary, but Mrs. Pan believes from recorded conversations that some of the police officers were closely connected to Mei's family and seemed to protect them. It is believed, but not proven, by Mrs. Pan that Farrell Mei's partner may be a member of the police who may exercise influence over some officers at the 72nd Precinct.

Mrs. Pan expressed her frustration, stating that whenever she called 911 in order to report those crimes, she felt she was the one being targeted . Mei had even told her that their lawyers were bribed, and that her own lawyer had betrayed her.

She pleaded with the judge to remove the landlord's three daughters and son-in-law from the property. Although they had their own homes, they frequently stayed at the residence to harass Mrs. Pan, creating an uninhabitable environment in an attempt to illegally evict her. They would frame her and set traps, recording videos to present false evidence to the judge in hopes of getting her evicted without paying any moving expenses. Additionally, they had stolen up to $200,000 (in total since 2020) worth of her belongings from her room without any compensation, as there was no inspection report to document the theft.

**May 8, 2024:** Mrs. Jieying Pan endured multiple incidents of harassment and abuse throughout the day, all involving her landlord's daughters and other individuals associated with them.

**9:30 AM:** Mrs. Pan experienced severe harassment from Yingying Chen, despite having a protection order from a family court judge. Chen insulted her by calling her a prostitute and a fraud, accusing her of deceiving him out of rent. These insults were delivered in Mandarin, and he followed Mrs. Pan from the bathroom to her room in a threatening and scary manner, subjecting her to continuous verbal abuse and mental distress.

Later that morning, Mrs. Pan was further harassed by Mei Farrell, one of the landlord's daughters. Farrell, along with her young daughter, attempted to force Mrs. Pan to open her door and engage in conversation, despite a court order prohibiting such contact due to a protection order against Farrell's parents. Mrs. Pan refused to open the door, as engaging with them would have violated the court's directive. However, Farrell persisted, knocking on the door and threatening Mrs. Pan, ultimately framing her by falsely claiming that Mrs. Pan had harassed her mother. This led Mrs. Pan to call the police, and when officers from the 72nd precinct arrived, she showed them a video of the earlier harassment by Yingying Chen. As a result, Chen was arrested by the police.

However, this incident escalated tensions, leading to a further act of retaliation on **May 16, 2024**, when Mei Farrell used her 4-year-old daughter to frame Mrs. Pan for criminal offenses. During a confrontation initiated by Mei Farrell, Farrell targeted and hit Mrs. Pan's heart and throat, causing her to nearly lose consciousness. The police were called and arrested both individuals, but Mrs. Pan later faced additional accusations and threats from other members of the landlord's family.

Mrs. Pan expressed her frustration and distress over the ongoing harassment and abuse she faced from the landlord's family, which extended to criminal frame-ups, wrongful arrests, and physical assaults. She recounted how, since 2022, she had been wrongly arrested five times, often based on false accusations by members of the landlord's family, including GuoDuan Zhang, the landlord's husband, and Mei Farrell. Mrs. Pan also detailed how Farrell had previously called 911 to have her forcibly taken to a hospital's emergency room under the pretext of mental health concerns, despite Mrs. Pan suffering from depression caused by

the ongoing persecution. For reasons that are beyond Mrs. Pan's information and control, members of the 72nd Precinct do not record/report legitimate complaints from Mrs. Pan.

In one particularly egregious incident on **May 8, 2024**, after her altercation with Yingying Chen and Mei Farrell, Mrs. Pan discovered that her food, stored on her windowsill due to frequent thefts from the communal kitchen, had been contaminated with human waste. Mrs. Pan suspected this was yet another act of retaliation by the landlord's family. Over the following days, she noticed that her credit cards had been stolen and used fraudulently, with nearly $5,500 in charges made. Mrs. Pan believed that the landlord's family was behind the theft, but felt helpless as the police did not seem willing to protect her or pursue her case.

Throughout this ordeal, Mrs. Pan repeatedly called on her lawyers to seek justice on her behalf, emphasizing her belief in the rule of law and the need for fairness. She requested a full protective order against the landlord's daughters and sought to hold them accountable for the years of harassment, abuse, and criminal actions they had inflicted upon her. She also expressed her desire to return to her legally rented room at 666 57th Street, Brooklyn, NY, and to have the landlord's family members, who had their own homes, removed from the premises to stop their ongoing attempts to illegally evict her without paying moving expenses. Mrs. Pan felt that her human rights had been severely violated and that she had been left without recourse, facing not only the landlord's family but also their friends in the NYPD, who she believed were complicit in her mistreatment.

**On May 16, 2024**, at around 5:45 AM, Mrs. Jieying Pan woke up and went to the shared bathroom, using crutches due to an inflamed knee. She held her iPhone 8 in her left hand and her cane in her right hand, recording a live video of her journey from her room to the bathroom, which lasted over three minutes. As she returned to her room at 6:15 AM, she continued filming and captured the deliberate obstruction created by Mei (Mel) Farrell, the landlord's daughter, who had connected an air mattress to a sofa to block Mrs. Pan's passage back to her room.

As Mrs. Pan filmed the scene, Mei Farrell, who was pregnant, stood behind her and suddenly snatched the iPhone 8 from her left hand. Mrs. Pan pleaded with her to return the phone, explaining its importance due to the many video messages stored on it, but Farrell refused. Desperate to call for help, Mrs. Pan tried to return to her room to retrieve her other phone to call 911, but Farrell blocked her path, using her body to prevent Mrs. Pan from entering. During the struggle, Farrell repeatedly pushed Mrs. Pan to the ground, pressing her elbow against Mrs. Pan's heart, causing severe pain and difficulty breathing. Farrell also used her right arm to press against Mrs. Pan's throat, nearly suffocating her, and her right elbow to strike Mrs. Pan's chest, resulting in extensive bruising and soft tissue injuries.

Mrs. Pan sustained numerous injuries, including severe soft tissue damage to her knees and ankles, a ruptured ligament in her left hand, and scratches and bruises all over her body. She required two days of hospitalization, during which she had four X-rays to check for bone damage. Fortunately, no fractures were found, but she was left with extensive bruising, soft tissue injuries, and ongoing pain.

During the altercation, Mrs. Pan attempted to seek help from other tenants in the building by calling out in Chinese and knocking on doors, but no one came to her aid. Mrs. Pan believes that the neighbors should have been questioned by the police which would corroborate her allegations because she was screaming for help during the assault.

At around 6:45 AM, Mei Farrell called the police, framing Mrs. Pan by falsely accusing her of assaulting Farrell's 4-year-old daughter, Olivia Farrell, with a crutch. When the police arrived at 7:00 AM, Mrs. Pan desperately tried to get their help in retrieving her stolen iPhone 8, which was eventually found hidden

under a sofa cushion. She showed the police the video she had recorded earlier, which led to the arrest of Mei Farrell. However, during this process, Mrs. Pan alleges that Farrell lied to the police, claiming that Mrs. Pan had hit her on the head with her cane, leading to Mrs. Pan's wrongful arrest. The police did not read her rights or review the surveillance footage from the kitchen, which she insists would prove her innocence.

Mrs. Pan asserts that she was the innocent victim in this situation and that she never harmed anyone with her cane. She believes that the surveillance footage from the landlord's security cameras in the kitchen and living room, which are linked to Verizon WiFi, is crucial to proving her innocence and revealing the truth about the incident. She fears that this evidence may be deleted and urges her lawyer to obtain the footage as soon as possible. Additionally, Mrs. Pan emphasizes the importance of acquiring the medical records and photos taken at the hospital to substantiate her injuries in court.

**On May 18, 2024,** at 6:00 AM, Mrs. Jieying Pan was escorted to her room by two police officers pursuant to an access order for May 18 2024. She found that while her door had been repaired while she was away, the lock was still insecure. Upon entering, she discovered that some of her personal items, including her driver's license, credit cards, bank cards, ID, and food stamps, had been stolen. Mrs. Pan immediately requested a police report to document the theft, but the police officers refused and pressured her to leave the building within ten (10) minutes. After being pressed to leave without having actual access to all her property, Mrs. Pan realized that she had left her mobile phone card in the room and called 911 again for assistance in retrieving it.

When Mrs. Pan returned to the building while waiting for the police to arrive, after duly making calls to 911 in application of the access order, however the landlord's sister began filming her. Shortly thereafter, Mrs. Pan was wrongfully arrested by the police, allegedly for violating a protective order. However, Mrs. Pan insists that she was waiting for the police by the property pursuant to the May 18 Access order and she never intended to enter her room alone, and the individuals mentioned in the protective order were not present in the building at the time. Additionally, Mrs. Pan was not read her rights or informed of the reasons for her arrest. Mrs. Pan's phone records corroborate her account of the events and her calls to 911.

Video evidence shows Mrs. Pan standing outside the gate, asking if she could retrieve her mobile phone card, but receiving no response. She then closed the door, walked up the street, and continued to wait for the police to arrive.

Mrs. Pan expressed frustration and confusion over what she perceives as an unjust legal situation. She mentioned an encounter with a police officer, identified as ID: 12987, who she suspects may have been influenced by the landlord's sister. Mrs. Pan also voiced concerns that her credit card and ID coupon were embezzled or stolen during these incidents but the police officers refused to hear her.

Additionally, Mrs. Pan raised concerns about the apparent criminal behavior of the landlord's family, noting that their actions seem indicative of a broader pattern of misconduct. She expressed disbelief at the alleged family dynamics and the perceived lack of proper police action and education, which she believes contributes and encourages the landlord' illegal behavior. She stresses the importance of obtaining all relevant surveillance footage and medical evidence to support her case in court.

**On May 20, 2024,** after being released from jail, Mrs. Jieying Pan visited her bank to stop the unauthorized use of her stolen credit cards and sought to press charges against the landlord's other daughter. However, the police refused to enter her complaint, investigate the matter, and contact he bank's security department to retrieve surveillance footage as indicated by the bank which will forward such information only to the



police, this prevented her from securing critical evidence proving her landlords stole and used her credit cards in the same manner they have been stealing from Mrs. Pan in the past pursuant to wrongful arrests. She discovered that her stolen credit cards had been used for $5,600 in unauthorized purchases, which added to her distress and further exacerbated her PTSD.

On May 21, 2024, Mrs. Pan went to the 72nd Precinct in person in order to file a complaint/police report concerning her missing driver's license, and three credit cards. Mrs. Pan expressed that she was fearing identity theft as she knows and understands her landlord's ill intentions. Mrs. Pan also expressed her fear of further financial thefts. Nonetheless, the desk officer refused to take Mrs. Pan's complaint once again. Thus, those crimes were left fully unreported due to the 72nd Precinct's refusal to hear Mrs. Pan and duly enter her claims.

On May 24, 2024, while walking in Manhattan, Mrs. Pan experienced severe chest pain and was taken to the emergency room at Mount Sinai Hospital. There, she was diagnosed with heart damage resulting from the assault on May 16, 2024. A doctor at the hospital photographed her injuries, and a police officer arrived to discuss the case. However, the officer did not provide Mrs. Pan with a new medical report, claiming the case had already been documented on May 16. Mrs. Pan noted that the report number given to her by the 72nd Precinct was incorrect and should be 2024-072-3023 Y. The officer also informed her that the woman involved had been arrested.

On May 27, 2024, , Mrs. Pan went to the 72nd Precinct in person in order to file a complaint/police report concerning her missing driver's license, and three credit cards. The desk officer refused to take Mrs. Pan's complaint once again. Thus, those crimes were left unreported due to the 72nd Precinct's refusal to hear Mrs. Pan and duly enter her claims. This was Mrs. Pan's third attempt to be heard by the police in order to file a complaint for her lost ID, and credit cards.

On May 31, 2024, Mrs. Pan attended a criminal court session at 320 Jay Street, Brooklyn, NY, Room 425. And asked the judge to reconsider the events of May 16, 2024, at 666 57th Street, 1st Floor, Brooklyn, NY 11220. Upon information and belief, Mrs. Pan emphasized to her attorneys the importance of reviewing the surveillance video from the crime scene, which includes footage of the living room and kitchen. She argued that Mei Farrell and her four-year-old daughter did not reside there year-round and that their presence in the living room was part of a strategy to create trouble for her. Mrs. Pan asserted that their sole purpose for staying in the living room was to fabricate a criminal offense and obtain a protective order to facilitate her illegal eviction, without providing her with any relocation assistance.

She also mentioned a pending judgment from the Housing Court on July 11, 2024, regarding illegal alterations made by the Farrells.

On June 4, 2024, Mrs. Pan was permitted to return to her residence to retrieve groceries and a change of clothes. Despite a judge's order allowing her to do so, she waited outside the building for eight hours, making several calls to 911, but no officers arrived to assist her. Mrs. Pan requested that the prosecutor withdraw the charges against her and issue a permanent protective order against the landlord's family.

Mrs. Pan has repeatedly filed complaints with the CCRB regarding these incidents and suspects that the police may have deleted surveillance footage that could prove the landlord's daughters committed violent crimes against her. She asserts that the landlord's family has been involved in a long-term pattern of theft, assault, sexual harassment, and mental abuse against her.

**On June 10, 2024,** Mrs. Pan went to the 72nd Precinct in person in order to file a complaint/police report concerning her missing driver's license, and three credit cards. The desk officer refused to take Mrs. Pan's complaint once again – for the 4th time. Thus, those crimes were left unreported due to the 72nd Precinct's refusal to hear Mrs. Pan and duly enter her claims. This was Mrs. Pan's fourth attempt to be heard by the police in order to file a complaint for her lost ID (fearing identity theft), and credit cards.

**On June 24, 2024,** Mrs. Pan, accompanied by her lawyer, visited the Brooklyn Police Station in the 72nd Precinct for the fifth time to request that her complaint and police report be entered in order to report crimes: three stolen credit cards and food stamps which were extracted from Mrs. Pan's room while she was falsely arrested. The lawyer also explained that the police contact Chase Bank's security department (per the bank's policy) to obtain relevant audio and video evidence that could lead to the arrest of the landlord's daughter (or a different perpetrator), who had stolen Mrs. Pan's identity (driver's license), used her credit cards, and damaged the credit she had built up over 25 years.

However, the police officer at the desk refused again. That afternoon, they went to Chase Bank to print the transaction records from May 18 and 19, 2024.

They then returned to the office and, with the lawyer's assistance, called Chase Security again. They made a detailed written record of the fraudulent transactions, including the times. However, the Chase Bank staff clearly stated that they could not print or send the transaction records to them, as these records, along with audio and video evidence, could only be provided to the police.

**On or about June 25, 2024,** Mrs. Pan returned to the 72nd Precinct in person (for the 6th time) in order to file a report for her stolen personal property, including her stolen ID, and credit cards.

This time, Mrs. Pan presented her Attorney's affirmation explaining the situation and urgency to hear Mrs. Pan's complaints regarding numerous serious crimes (identity theft, stolen and used credit cards, food stamps…etc.). Nonetheless, the 72nd Precinct refused to duly file a police report for those crimes. To date, Mrs. Pan has been unfairly prevented from reporting those crimes. She fears her ID will be used by someone else to commit identity theft.

United States District Court for the Eastern District of new york（EDNY）
jieying pan

                              plaintiff

against

            City of new york and 72nd Precinct, Brooklyn Police Department Many police officers
and supervisors

                              Defendant

Complaint of the jieying pan plaintiff, respectfully shows and akleges as follows:

1. i am plaintiff,my name is jieying pan,American citizen, living in 666 57st 1fl brooklyn ny 11220. mailing address: P.o.box 200306 brooklyn ny 11220.(Only this address accepts all letters and parcels)
Tel: 917-718-5388. Email: karyannazhu@gmail.com.

2. Defendant: City of new york and 72nd Precinct, Brooklyn Police Department Many police officers and supervisors
 （1） 100 church st 4fl new york ny 10007 Tel: 212-356-1400
 （2） 1 police plaza new york, ny 10038.Tel: 646-610-5000

3. Brooklyn 72nd precinct, wrongful arrest, five arrests in the two years from 2022 to 2024. And every time it was violent law enforcement, I was injured, both physically and mentally, and I had a double injury.Causing me to commit suicide in prison, depression and PTSD.
5/29/2022.7/6/2022.8/22/2023.5/16/2024.5/18/2024.

4. 2022--2024. Three times I was illegally forced to go to the hospital in an ambulance to check for mental problems.Serious violation of my human rights I have repeatedly stated that I have no problem. I have taken the doctor's medication for depression and PTSD.But their illegal actions and human rights violations against me have aggravated my illness.

5. 2022-2024. When my landlord got a protection order to frame me criminally, the reason for the illegal removal was that I repeatedly reported that the landlord's house was illegally converted from two families into eight families with illegal gambling companies in the basement. Because of my report, the landlord's entire family was frantically retaliated. His son is a policeman and one of the landlords. The husband of one of his daughters is a Spaniard, a senior police chief, who works in the police headquarters and is a senior supervisor.He seems to have more power than the mayor.Serious obstruction of justice, using the public power of the government, all the public power of the executive branch to avenge his personal revenge, to target me, a lonely and vulnerable person, a single woman.In order to help the landlord and his wife to remove me illegally.They used these criminal protection orders in the housing court to achieve the purpose of illegal removal of me.There is no justice or fairness.

6. 2022--2024. I was repeatedly ordered by a Crown Court judge to go home and get my things.But every time I came back to my rented room, I found that my door lock was broken, my room and all my belongings were stolen.The big iron door on the first floor was intact, but my own room was damaged. So there were three families living on this floor. Besides me, they were the landlord. The couple and another Fuzhou couple would not steal anything. Obviously, my

room was full of the landlord's things. Even the landlord's husband slept in my bed and smoked. Cigarette ash fell on my sheets and burned a hole in them.I had all the relevant videos, and the police and I were at the scene at the same time. The police just asked the landlord to take away his things in my room without giving me any inspection report, nor did they arrest the landlord.Without any investigation and evidence collection, as much as $400000 of property has been lost in my room.These things are basically expensive gifts from my ex-husband, my fiance.These are all my savings and property for 30 years.I have video footage of the police obstructing justice.It's all live.They were completely lawless. 72 groups of police took care of the illegal business in the basement. Gambling business, money laundering business. The landlord and his wife are from Fujian Province, China.They are a huge family of 20 people.I just rented a single room and lived on the same floor with the landlord, sharing the kitchen and bathroom.They have been abusing me for a long time.

7. 2022--2024.I complained about ccrb 22 times.But nothing came of it.There is no justice or fairness.All my complaints are based on video evidence and report evidence.It's all true.Asking the judge to punish the defendant severely.I can not use words to describe my mental pain, I only choose to end suicide, life can end this pain, this is how I felt at that time.They've driven me to the wall.

8. 2020.9--2025. The police gave me the relevant The police reports are basically full of mistakes, either the name is wrong, or the truth is wrong, or the content is not clear, the defendant did not write the name of the landlord.In a word, the report is not detailed and accurate.I went to the 72nd Precinct many times, and the Brooklyn Police Department asked for changes and even went to their supervisor many times, but I couldn't get any changes, and instead I encountered their Asian hatred for me.And threatened me that I had to leave quickly, and if I didn't, they would call an ambulance to take me to an insane asylum.

9.2022-2024. Five times I was arrested illegally and wrongly, framed by criminal evidence, and went to court many times, wasting all my time, energy and money again and again.At the same time, violent law enforcement was carried out on me, causing permanent physical and mental damage to me.I was repeatedly insulted by the police against my prisoners, crying at my face, shooting videos at close range, laughing at me and discriminating against me.Trample on and insult my character.I had a nervous breakdown, I committed suicide, I was in prison.I am now disabled and need to use crutches to walk.Because the ligaments and joints are severely damaged.The recovery is very slow, more serious than the fracture, and the recovery time will take longer.Because I need to walk every day, I need to go to the court and the lawyer's office, so I can't stay in bed for a year to recover my ligaments and joints.

10. I have a large number of Brooklyn police numbers from the 72nd Precinct.There is also relevant video evidence, video evidence of police enforcement.There are also a large number of Criminal Protection Order.A record of multiple court appearances.They've been trying to erase all my records.Trying to destroy the evidence of the crime.They even obstructed justice many times to help the landlord to bully and violate my human rights.Also created a false police report and made false accusations against me.The landlord used these false reports and then filed a lawsuit against me in the criminal court and the civil court, and even filed an eviction lawsuit against me in the housing court, or even completely reversed black and white.Instead, he accused

me of injury and harassment.Wait for a series of cases.It has caused serious damage to my reputation.It also caused further permanent damage to my mind and body.

11. Because of nervousness and fear.There is also the physical damage caused by the pain, which causes me to grind my teeth constantly. All my teeth will need nerve extraction to make braces in the future, and each tooth will cost $2000 in medical expenses, which is not covered by insurance and completely at my own expense.The medical expenses in this area will cost about $80,000 in the future.

12. 2020--2025. There are several officers in Brooklyn from the 72nd precinct who are obstructing justice.There were as many as 25 complaints about ccrb.
Senior Sergeant Farrell (and his wife, Mei Farrell), was the mastermind behind this, abusing their authority to severely obstruct judicial justice, violate human rights, and perpetrate anti-Asian hate crimes against me. They are retaliating against me, a whistleblower, in a frenzied and personal vendetta. September 11, 2025. CCRB complaint numbers: 202509218; 202509219. ID: 5146 COLVIL 1933 MORALES 20221 AIELLO 5636 ZEVELEV The supervisor wore a white police uniform. His car was a black Ford sedan. His license plate number.HYS 3794 Spaniards don't have much hair. New York plates.Black cars sometimes look like dark blue.There are also two Spanish view white police cars with his license plate number from the 72nd Precinct NYPD 4203 （1/5/2024.5:58pm Obstruction of justice. They're just in a hurry to give the motorcyclist a $50 ticketBut I need help. My landlord was harassing me. I had a protection order. He was abusing me in the street. I needed the police to help me arrest him, but they just ignored me,They just looked at the landlord and scolded me,Two Spanish males,It was only 38 degrees outside ） ID:12820 LUO There were also two Spanish female police officers who worked with him at different times.I don't know the name or the ID number, but this Asian officer he does.Executed with him.ID: 26360 CUNNINGHAM 3/19/2024.I went to the 72nd precinct window and I asked to correct the wrong inspection report and encountered a Spanish male landscape. His refusal should have been the panic of the person in charge in front of the counter and another black male police officer.They refused, they didn't respect the truth, they obstructed justice, and they had a repressive hatred for me.I want to leave immediately.Or they'll call an ambulance and take me to the hospital emergency room.What this black man said to me.ID: 21445 DANIEL ID: 25982 CASTILLO ID: 18688 ROSADO ID: 18820 FULCHER

5/16/2024. mei,Farrell （Senior Sergeant Farrell is Husband） First I robbed my iPhone.Then stood at the door of my room and prevented me from entering my room to get another cell phone to call 911. Constant violence attacked me and pushed me to the ground.There was even attempted murder, because he hit me in two vital parts, one in my heart and the other in my throat.It made me suffocate and faint on the ground many times.But the police report I got said that I was not injured. I was admitted to three emergency rooms in the hospital and almost died. The doctors took a lot of pictures of my injuries and my soft tissue was severely damaged.Five Spaniards, one black officer, all from the 72nd Precinct.One of the officers helped me find the phone that was robbed, and I played the video evidence that was taken before the robbery.And tell the police that there are two cctvs in the living room and kitchen, which are installed by the landlord, and ask them to look at the surveillance to tell you the truth.But there is no one to watch the scene of the surveillance.This is also a serious obstruction of justice.Missed an effective opportunity to collect evidence.And the police do not act.Obstruction of justice.And

caused me to be once again.Framed.The police were the first to arrest.mei,Farrell Five minutes later, he called his husband, the senior sheriff.Her husband gave the order to a Spanish landscape in the 72nd precinct, short and thin. Male crew cut.The crew cut is not tall.Spanish male landscape.He illegally entered my room alone and made a violent and illegal arrest of me.There was no order, no reason given.The whole arrest procedure is also wrong.I don't know what happened at all.And violent law enforcement caused my right wrist to have a serious whiplash injury ligament and joint, which was seriously damaged.The pain was so intense that sweat and tears all came down.As a result, I need to take painkillers for many years and go to the physical therapy office every week.You need to wear a special kind of breath with an iron splint to protect your wrist.I didn't even have the strength to write with a pen at that time, and I was in severe pain.Once again, I was arrested illegally and wrongly, and they even used their 4-year-old minor child to frame me.So the thief and the cop, they're a family.Then use the innocent 4-year-old to charge me with a felony for seven years, assault with violence.But I didn't see where the child was at that time.I didn't do anything wrong at all. I'm the real victim.My civil rights have been seriously violated and my personality has been seriously insulted.In the same way, I have encountered hatred and discrimination.

ID:12987 LIVINGSTON (5/18/2024.The Spanish female police officer and his Indian partner, the male police officer, were both at the scene of the crime. My three credit cards, driver's license with photos and identity documents were stolen by one of the daughters of the landlord. He was the only one at the scene. I asked the police to give me the number of the police, but he refused to write any inspection report for me, An hour later, he made an illegal, wrongful, profiteering law enforcement arrest of me on the street. And my landlord got a protective order.5/18.5/19/2024.While I was in jail for two days, they took my credit card and spent $5,500, destroying my credit score that I had built up over 27 years.At the same time, someone used my ID card to steal my identity information to buy guns and take my photo ID.He committed more criminal offences and even used my identity information to apply for various government benefits.Extensive use of my identity information, good credit to defraud the government.The landlord's family is the real criminal, but the criminal and the police are family. ) (ID: 3836 MAYNARD,ID: 16697 LAW In addition, there are two landscapes of the ID and name, I did not photograph, a total of two black police officers, two Spanish landscapes, a total of four landscapes 12/9/2024. Stop me and my criminal lawyer from entering my room and fulfilling the judge's order, and I can go back and get my things. It's an order from a judge in Brooklyn Criminal Court, but these cops are openly trying to keep us out I spent more than two hours outside talking to my criminal lawyer, and they didn't let us in until 8:00 p.m. when they arrived at the scene at 4:50 p.m It was only 10 minutes away from not being able to get in because the judge gave me 9am to 5pm to get in my room and get my stuff. I had called 911 several times since 9:00 in the morning, but I couldn't wait for the police from the 72nd Precinct to arrive at the scene.They deliberately and maliciously acted with the landlord to prevent me from entering my room to get something, because my room had been occupied by the landlord at that time, and they did not want me to film the video recording of the first crime scene.And the police at the scene are not willing to give me any inspection reports, because the landlord has been stealing and robbing my room.They're seriously obstructing justice Against the order of a criminal court judge, This is an act of contempt of law and contempt of court order, At the same time, it also seriously violates my equal right to enjoy the law as a citizen) ,multiple cops from the 72nd

5/18/2024 illegal arrest without a warrant, CR-02051-24 KN.
04/23/2025. close case Detention for 72 hours.

④

Precinct.There's repression, hatred, discrimination, obstruction of justice, a lot of people whose names I don't know, ID numbers I don't know, a lot of people who have been transferred out of the 72nd precinct to other precincts around, and then they come back to the 72nd precinct after a while.666 57st brooklyn ny 11220.The landlord is an illegally renovated house with an illegal gambling company in the basement. The landlord and his wife are from Fujian Province, China. His son-in-law is a senior police officer, and the illegal gambling company in this basement has 72 Brooklyn police officers in charge or these police officers in this police department to take care of their business, and I believe that someone was bribed to take money, so he helped the landlord to violate my civil rights and obstruct justice.This needs to be investigated by your internal investigation agency, and there are many black police.It is very frightening that the police and the criminal offenders are one family. It is very frightening.Because my tip-off was met with a frenzy of retaliation from their entire family, as well as from most of the cops at the 72nd Precinct in Brooklyn.Illegal treatment, serious obstruction of justice.It caused permanent damage to my body and mind, and I almost died.

13. According to the above facts and relevant evidence.I implore the judge to rule.Claim compensatory, compensation for all medical expenses, compensation for wages.And compensation for non-economic loss.Compensation for future medical expenses and expenses of all kinds.$400,000 in compensation for all stolen property.As well as obstruction of justice caused by all police officers, have caused me physical and mental damage to property, and compensation for expenses and expenses.Thank you, and ask for punitive damages for mental injury.Not less than $3 million in total damages.Ask for a fair and impartial trial.My body, my right wrist, suffered a serious whiplash injury from one violent law enforcement after another, aggravating the injury in the same place, my right knee The same repeated injuries.Every time I was arrested and sent to prison, I tried to commit suicide. I couldn't face it. I was framed again and again. I suffered human rights violations again and again. I was seriously hated and discriminated against again and again.They have caused repeated injuries to my body and mind over and over again, aggravating my various illnesses. My teeth are full of suffering and grief, which makes me unable to sleep normally. The constant grinding of my teeth makes me likely to have nerve cramps in the future and need braces. These medical insurance is not covered, and I need to pay about $100,000 at my own expense.And I have to endure severe pain, life is not convenient, diet can not use my teeth normally.This is another great injury to my body.It also aggravated my depression and PTSD.This is permanent damage that cannot be erased from my memory.

- Deliberately and maliciously insulted me as a prisoner in prison, The police officer took a close shot of my painful face with his mobile phone, Emotional distress, medical costs, Punitive damages for emotional distress and all further relief deemed just and proper by the Court.

Innocent victims.
jieying pan
p.o.box 200306 brooklyn ny 11220.
Tel: 917-718-5388.
karyannazhu@gmail.com

06/08/2025.