AMENDED VERIFIED CIVIL RIGHTS COMPLAINT
(42 U.S.C. 1983;Fourth & Fourteenth
Amendments; New York State Law)

UNITED STATES DISTRICT COURT – EASTERN
DISTRICT OF NEW YORK
Case No.: 25-CV-5895
JIEYING PAN, Plaintiff
v.
NYPD OFFICERS LIVINGSTON, LUO, JOHN DOE
OFFICERS 1–10, Defendants

I. JURISDICTION AND VENUE
This action is brought under 42 U.S.C. § 1983,
the Fourth and Eighth Amendments, and
applicable New York State law.
Venue is proper in the Eastern District of New
York because the events occurred in Brooklyn,
NY.

II. PARTIES
Plaintiff: Jieying Pan, Brooklyn, NY.
Defendants:
Officer Livingston (Shield #12987)
Officer Luo (Shield #12820)
John Doe Officers 1–10, NYPD officers involved
in unlawful arrests, violent enforcement,
obstruction of justice, and retaliatory actions.
Plaintiff does not currently know all identities or
shield numbers of officers; discovery and a
Valentin Order are requested.

III. FACTUAL ALLEGATIONS

A. 2020–2025 Landlord Theft and Property Damage

Landlords Morales and Colvil, and their family members (including son and son-in-law who are high-ranking police officers) illegally entered Plaintiff's residence and stole property totaling approximately $400,000.The door lock of my room was broken by members of the landlord's family many times,  11/19/2022.Id:1933 morales.ID:5146 colvil. 8/22/2023.ID:12820 Luo and partner female police.1/2/2024. ID:12820 luo and partner female police. There was an on-site police enforcement video, but no police report was given to me. I was stolen 5/18/2024.ID:12987 LIVINGSTON. Didn't give me a police report at the scene

Plaintiff's credit cards (3 cards), a photo ID, and cash were stolen; $5,500 was charged without authorization on 5/18–5/19/2024.

Police refused to issue any report despite multiple requests at the 72nd Precinct.

Plaintiff's 27-year good credit history was damaged due to identity theft; police and landlords facilitated unauthorized use, including suspected gun purchases.

Plaintiff has video evidence documenting theft and police inaction.

These events caused PTSD, depression, emotional distress, and long-term impairment.



## B. Repeated Illegal Arrests and Violent Law Enforcement

5/29/2022: Two 72nd Precinct officers (identities unknown) illegally arrested Plaintiff; sustained whiplash, knee, wrist injuries; long-term physical therapy; daily pain medication; PTSD.

7/6/2022: Five 72nd Precinct officers (identities unknown) arrested Plaintiff; chronic physical and psychological injuries continued.

8/22/2023: Officer Luo (ID 12820) and an unknown female Spanish officer conducted illegal arrest; physical and emotional trauma sustained.

5/16/2024: Unknown male Spanish officer conducted illegal arrest; Plaintiff suffered twisted wrists, whiplash-type injuries, humiliation, emergency medical care.

5/18/2024: Officer Livingston (ID 12987) and unknown Indian-origin officer illegally arrested Plaintiff; property stolen; psychological trauma.

All illegal arrests involved excessive force, violation of Fourth Amendment rights, and caused physical injuries, long-term therapy, daily pain medication, and PTSD.


## C. Retaliatory Conduct, Obstruction of Justice, and May 5, 2024 Incident

5/5/2024: Plaintiff observed human feces and burned cigarette butts thrown into her apartment through the window.

Plaintiff contacted the 72nd Precinct and

requested a police report documenting the incident.

Officer ID 18820 (female, Hispanic descent) refused to file a report, despite knowing Plaintiff was involved in ongoing legal disputes with landlords.

Plaintiff was instructed to pursue remedies through housing court, rather than receiving immediate police action.

This refusal and selective inaction occurred with full knowledge of the landlord dispute and was intentionally obstructive, preventing Plaintiff from documenting threats to her safety and property.

Plaintiff reasonably believes that these officers acted in concert with landlord retaliation, further demonstrating deliberate indifference and retaliatory conduct.

As a result, Plaintiff suffered ongoing physical and psychological harm, fear for personal

IV. CAUSES OF ACTION

COUNT I – False Arrest / Excessive Force (§1983) – All unlawful arrests.

COUNT II – Malicious Prosecution – 5/16/2024 criminal charges, false allegations.

COUNT III – Intentional Infliction of Emotional Distress – Humiliation, trauma, psychiatric harm.

COUNT IV – NY State Law – Property Theft / Trespass / Conversion – Landlord theft, stolen cash and credit cards (~$400,000).

COUNT V – Obstruction of Justice / Court Order



COUNT VI – Retaliation / Punitive Damages – Defendants' deliberate, malicious, and retaliatory actions caused severe emotional, physical, and financial harm.

## V. DAMAGES

Severe physical injuries (whiplash, knees, wrists)
Long-term physical therapy; daily pain medication
PTSD, depression, emotional distress; psychiatric care
Emergency hospitalization; suicide attempt
Dental and neurological injuries (root canals, implants, out-of-pocket)
Identity theft, $5,500 stolen, credit damage
Permanent impairment, disability, loss of quality of life
Economic losses: medical, dental, psychiatric, therapy, and property loss
Compensatory damages: $3,000,000
Punitive damages for willful, reckless, and retaliatory conduct
Attorneys' fees and costs per 42 U.S.C. § 1988

## VI. PRAYER FOR RELIEF

Plaintiff requests the Court to:
Enter judgment in Plaintiff's favor
Award compensatory damages $3,000,000
Award punitive damages against individual defendants
Award reasonable attorneys' fees and costs
Grant any other relief deemed just and proper





# VII. VERIFICATION

I declare under penalty of perjury that the foregoing is true and correct.

Date: _12/26/2025_

Signature: _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
Case No.: 25-CV-5895

REQUEST FOR VALENTIN ORDER

Plaintiff Jieying Pan, proceeding pro se, respectfully requests that the Court issue a Valentin Order directing the City of New York and/or the New York City Police Department to identify John Doe Officers 1–10 involved in the following incidents:
Unlawful arrests occurring on May 29, 2022; July 6, 2022; August 22, 2023; May 16, 2024; and May 18, 2024;
Use of excessive force during those arrests;
Obstruction of justice and failure to comply with a criminal court order dated December 9, 2024;
Failure to take police reports and failure to investigate reported theft and identity theft.
Identification of these officers is necessary for service of process, discovery, and the full adjudication of Plaintiff's claims under 42 U.S.C. § 1983.

Respectfully submitted,
Date: _12/26/2025_
Signature: _____
Jieying Pan, Pro Se

*December 10, 2024*

## CCRB Case Search Results: Civilian Search

CVW Last Name: p%

CVW First Name: jie%

CVW Phone:

CVW Email:

CVW DOB:

Case Type: All

**CCRB Complaints: 3**          **FADO&U Allegations: 7**          **Allegations Where Listed as Victim: 7**

| Complaint Id | Incident Date | Case Type | CVW Name | CVW Type | FADO | Occurrence Place |
|---|---|---|---|---|---|---|
| 202412166 | 12/09/2024 | | Pan, Jieying | Comp/Victim | | 666 57th Street 1 FL |
| 202409482 | 09/19/2024 | IAB | Pan, Jie Ying | Comp/Victim | | 666 57th Street, 1st Floor; 72nd Precinct stationhouse |
| 202406886 | 05/16/2024 | IAB | Pan, Jie Ping | Comp/Victim | | 666 57th Street, Floor 1 |
| 202405514 | 06/04/2024 | IAB | Pan, Jie Ying | Comp/Victim | | 666 57th Street, 1st Floor |
| 202405424 | 05/18/2024 | IAB | Pan, Jie Ying | Comp/Victim | | 666 57th Street |
| 202405406 | 05/18/2024 | IAB | Pan, Jie Ying | Comp/Victim | | 666 57th St, 1st Floor |
| 202405405 | 05/16/2024 | IAB | Pan, Jie Ying | Comp/Victim | | 666 57th Street, 1st Floor |
| 202403910 | 04/20/2024 | IAB | Pan, Jie Ying | Comp/Victim | | 666 57th Street, 1st Floor |
| 202403017 | 03/16/2024 | IAB | Pan, Jie Ying | Comp/Victim | | 666 57th Street, 1st Floor |
| 202401882 | 02/12/2024 | IAB | Pan, Jie Ying | Comp/Victim | | 666 57th Street |
| 202401881 | 08/22/2023 | IAB | Pan, Jie Ying | Comp/Victim | | 666 57th Street |
| 202401873 | 02/16/2024 | CCRB | Pan, Jie Ying | Comp/Victim | -A - - | 666 57th Street |
| 202401189 | 07/06/2022 | IAB | Pan, Jie Ying | Comp/Victim | | 72nd Precinct Stationhouse |
| 202400332 | 01/05/2024 | IAB | Pan, Jie Ying | Comp/Victim | | 666 57th Street, First Floor |
| 202400173 | 01/04/2024 | IAB | Pan, Jie Ying | Comp/Victim | | 666 57th Street |
| 202400102 | 01/02/2024 | IAB | Pan, Jie Ying | Comp/Victim | | 666 57th Street, 1st Floor |
| 202309810 | 06/01/2020 | IAB | Pan, Jie Ying | Comp/Victim | | 62 Street and 8 Avenue; 666 57th Street |
| 202304071 | 11/19/2022 | CCRB | Pan, Jie Ying | Comp/Victim | -A - O | 72nd Precinct stationhouse |
| 202208633 | 11/19/2022 | OCD | Pan, Jie Ying | Comp/Victim | | 666 57th Street |
| 202206332 | 07/06/2022 | OCD | Pan, Jie Ying | Comp/Victim | | 72nd Precinct stationhouse |
| 202206329 | 05/09/2022 | CCRB | Pan, Jie Ying | Comp/Victim | -A - - | 72nd Precinct stationhouse |
| 202203558 | 05/29/2022 | OCD | Pan, Jie Ying | Comp/Victim | | 666 57th Street |

CCRB CTS - Confidential

*Page 1 of 1*