UNITED STATES DISTRICT COURT

ORIGINAL

EASTERN DISTRICT OF NEW YORK

Case No:25-CV-05895-RER-TAM

JIEYING PAN, Plaintiff,

v.

THE CITY OF NEW YORK;

MICHAEL FARRELL (NYPD Senior Executive / Deputy Commissioner);

ERICK PARK ZHANG (NYPD Officer / Landlord's Son);

MEI FARRELL (Landlord's Daughter, DOB: 12/05/1986);

OFFICER LIVINGSTON (Shield No. 12987);

OFFICER LUO (Shield No. 12820);

OFFICER AIELLO (Shield No. 20221);

OFFICER CUNNINGHAM (Shield No. 26360);

OFFICER COLVIL (Shield No. 5146);

OFFICER SAINTELME (Shield No. 21423);

OFFICER MORALES (Shield No. 1933);

OFFICER DANIEL (Shield No. 21446);

OFFICER ZEVELEV (Shield No. 5636);

OFFICER PROSCIA (Shield No. 29114);

OFFICER SASSO (Shield No. 3183);

OFFICER VANDERHEIDE (Shield No. 23164);

OFFICER BEG (Shield No. 24025);

OFFICER LAW (Shield No. 16697);

OFFICER MAYNARD (Shield No. 3836);

JANE DOE CANTONESE INTERPRETER (72nd Precinct);

JANE DOE CLERICAL STAFF (72nd Precinct, Black female with birthmark);



RECEIVED
MAR 02 2026
PRO SE OFFICE

REC'D IN PRO SE OFFICE
MAR 2 '26 PM3:07

①

JOHN DOE HISPANIC OFFICER (Approx. 5ft tall, May 16, 2024 arrestor);

JOHN DOE OFFICERS 1-20, Defendants.

Civil Action No.: 1:25-cv-05895-RER-TAM

SECOND AMENDED VERIFIED COMPLAINT

(JURY TRIAL DEMANDED)

## I. PRELIMINARY STATEMENT

1. This is a civil rights action for $3,000,000 in damages under 42 U.S.C. §§ 1983 and 1985.

2. Plaintiff, a whistleblower, seeks justice for a high-level conspiracy involving NYPD leadership and a criminal family. Defendants engaged in fraudulent entrapment, physical brutality causing permanent disability, identity theft, and malicious psychological torture.

## II. THE CORRUPT CONSPIRACY & ABUSE OF POWER

1. The Farrell/Zhang Cartel: Defendant MICHAEL FARRELL, utilizing his executive power at NYPD Headquarters, orchestrated a shield for his wife (MEI FARRELL) and brother-in-law (ERICK PARK ZHANG).

2. Officer ERICK PARK ZHANG utilized a canine as a weapon, threatening to have the dog "bite Plaintiff to death." Plaintiff possesses clear video evidence of this threat, which will be presented at trial.

3. Officer LUO (#12820) explicitly admitted that his lawless actions were "orders from above" (One Police Plaza).

## III. FACTUAL ALLEGATIONS OF MISCONDUCT

### A. Fraudulent Entrapment & Sadistic Humiliation (July 6, 2022)

6. Defendant JANE DOE CANTONESE INTERPRETER (approx. 35, 160cm) lured Plaintiff to the 72nd Precinct under the fraudulent pretense of "correcting reports."

7. Upon arrival, Plaintiff was ambushed by six officers, thrown to the ground like "trash," causing permanent knee ligament damage. While Plaintiff was in agony, Defendant AIELLO (#20221) mockingly filmed Plaintiff's face at close range for personal amusement. This trauma led to multiple suicide attempts.

### B. Physical Brutality & Medical Fraud (May 16, 2024)

8. Following an assault by Mei Farrell, MICHAEL FARRELL directed a JOHN DOE HISPANIC OFFICER to conduct a warrantless, violent arrest.

9. Despite Plaintiff's three-day hospitalization across three emergency rooms, Defendants falsified reports stating "no injuries" to cover up the crime.

### C. Identity Theft & Credit Destruction (May 18-19, 2024)

10. Defendant LIVINGSTON (#12987) and accomplices facilitated the theft of Plaintiff's SSN card, ID, and 3 credit cards. While Plaintiff was detained, $5,500 was stolen via fraudulent charges.

11. JANE DOE CLERICAL STAFF (Black female with birthmark) maliciously refused to provide a theft report, leaving Plaintiff's identity exposed and destroying her 25-year credit history.

## IV. PERMANENT DAMAGES & PHYSICAL DISABILITY

1. Physical Trauma: Plaintiff suffers from permanent knee ligament damage, wrist whiplash, and chronic pain requiring daily analgesics and weekly physical therapy.

2. Psychological Trauma: Defendants' actions caused severe PTSD and Major Depressive Disorder, resulting in multiple suicide attempts.

3. Dental Destruction: Due to extreme stress-induced bruxism (teeth grinding), Plaintiff requires total mouth reconstruction/implants, with future medical costs estimated at $100,000 - $150,000.

## V. CAUSES OF ACTION

1. COUNT I: First Amendment Retaliation.

2. COUNT II: Fourth Amendment Excessive Force & False Arrest.

3. COUNT III: Fourteenth Amendment Due Process & Equal Protection.

4. COUNT IV: Conspiracy to Obstruct Justice (42 U.S.C. § 1985).

5. COUNT V: Intentional Infliction of Emotional Distress.

## VI. PRAYER FOR RELIEF

1. Compensatory Damages of $3,000,000 for physical disability and property loss.

2. Punitive Damages against individual officers for egregious abuse of trust.

3. Future Medical Expenses for dental and physical rehabilitation.

4. A Trial by Jury on all issues.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 2, 2026

Signature: _____

JEYING PAN, Plaintiff Pro Se

# SUPPLEMENTAL EXHIBIT: LIST OF DEFENDANTS AND TIMELINE OF MISCONDUCT

Case No: 1:25-cv-05895-RER-TAM

## I. IDENTIFIED OFFICERS AND PERSONNEL

### 一、List of police officers involved in the case (categorized by ID/name)

| Police officer number (ID) | (Name) | Summary of events/accusations |
|---|---|---|
| 12820 | Luo | 2023/08/22 Executed an arrest without warrant; admitted on 2024/01/02 that he followed orders from his superiors to illegally carry out tasks (property damage, protecting the landlord). |
| 12820 Partner | (Hispanic female police officer) | 2023/08/22 Collaborated with Luo; 2024/01/02 Assisted the landlord in covering up a crime; 2024/05/05 Refused to provide a report and protect the landlord. |
| 5146 | Colvil | 2021/04/01 The report is incorrect; it involves suspected theft, property damage, or obstruction of justice. |
| 21423 | Saintelme | 2021/04/01Reporting error; 2024/04/20 Obstruction of justice, witnessing landlord threats but failing to report. |
| 20221 | Aiello | 2022/07/06 The officer used his mobile phone to take close-up photos of the plaintiff's distressed expression during his illegal detention, as a form of hate-based discrimination against Asians.Preventing me from correcting the erroneous police report. |
| 21446 | Daniel | Hate discrimination, obstruction of justice, and refusal to correct false reports.<br>Preventing me from correcting the erroneous police report. |
| 1933 | Morales | Ignoring the landlord's criminal activities, including suspected theft, property damage, and obstruction of justice. |
| 26360 | Cunningham | Hatred, discrimination, threats of expulsion, abuse of power, and obstruction of justice against Asians.Preventing me from correcting the erroneous police report. |
| 12318 | (no name) | Hate discrimination, obstruction of justice, intimidation, and threats of expulsion |
| 5636 | Zevelev | Hate discrimination, obstruction of justice, intimidation, and threats of expulsion,Preventing me from correcting the erroneous police report. |
| 29114 | Proscia | 2024/03/16 Obstruction of justice, refusal to report when door locks are severely damaged or a theft occurs. |

| Police officer number (ID) | (Name) | Summary of events/accusations |
|---|---|---|
| 3183 | Sasso | 2024/04/24 Obstruction of justice, witnessing my window being vandalized with paint, and knowing the landlord's hatred towards me, yet I didn't report it. |
| 23164 | Vanderheide | 2024/04/25 Obstruction of justice, discrimination against the plaintiff, and failure to report to the police prevented the plaintiff from prosecuting the landlord for crimes. |
| 18820 | FULCHER | 2024/05/05 Knowing that the landlord was seeking revenge against me, this policewoman used abusive and discriminatory language, showing bias and protecting the perpetrator. She ignored the plaintiff's public display of defecation at the window, death threats from burning cigarette butts, obstruction of justice, and failure to provide a scene report. |
| 24025 | Beg | 2024/12/09 Preventing the plaintiff from returning home to retrieve valuables at the entrance of 666 57th St, defying the judge's order, aiding and abetting the landlord's daughter's illegal intrusion into my room, and seriously obstructing justice. |
| 16697 | Law | 2024/12/09 Preventing the plaintiff from returning home to retrieve valuables at the entrance of 666 57th St, defying the judge's order, aiding and abetting the landlord's daughter's illegal intrusion into my room, and seriously obstructing justice. |
| 3836 | Maynard | 2024/12/09 By preventing the plaintiff from returning home to retrieve his belongings at the entrance of 666 57th Street, he disregarded the judge's order, aided and abetted a crime, and conspired with the landlord's daughter to stage a farce to cover up the illegal trespassing and theft, thus seriously obstructing justice. |

2024/12/09.Me and my criminal lawyer janice Zelmali,From 9:00 a.m. to 8:00 p.m 666 57st brooklyn ny 11220.Waiting at the door for the police to allow us to enter the room and comply with the judge's order to take some of my property and belongings.Finally, I was stopped by several police officers, and my criminal lawyer broke down and cried.5/16/2024. After being arrested illegally for more than a year, the criminal judge ordered me many times that I could go home and get my belongings.But none of them succeeded in entering.The officers of the 72nd Precinct made a lot of excuses, or called 911 many times from morning to 5:00 p.m., and the police of the 72nd Precinct did not come to the scene, and they were in serious contempt of the judge's order, and many times.5/16/2024-- 8/4/2025.The judge of the House Court made an order to remove illegally.Because I won't accept the $35,000 moving fee from the landlord.My room door lock was broken several times, and I lost almost $400,000 in property.For almost a year, I did not have a chance to

enter my room, because the room had already been illegally entered and stolen by the landlord.All my losses and mental injuries are directly related to the abuse of power and obstruction of justice by the police.Because of many illegal and wrongful arrests, the judge of the Housing Court thought that I was a bad person and that I should be expelled.They also seriously damaged my reputation.It has caused irreparable economic losses and injuries.The landlord invades my room, the police do not enforce the law, and I have relevant video recordings.I swear to God, it's all true and valid.

Executive  MICHAEL FARRELL Wife mei,Farrell Birthday 12/5/1986. 5/16/2024.assault me, Maybe he's the one who gave the order. Maybe he's the landlord's son-in-law. I've filed a complaint. The ccrb is investigating.I hear he's the deputy chief of police, a senior officer.A Spaniard, male. Senior Executive/Deputy Commissioner. Accused of abusing high-level authority to protect family and obstruct justice.

Officer  ERICK PARK ZHANG His parents are from Fujian Province.It's a Fujianese gang who ran an illegal underground gambling company in Chinatown for 25 years.Because I reported them, the whole family went crazy for revenge.District 72, taking care of their underground illegal bookie business.There was a woman who called me who claimed to be the supervisor of the 72nd Precinct, and she told me very clearly that I needed to get out of the building.I gave the police officer the number of my lawyer at the housing court.After he talked to my lawyer on the phone, he reported to the landlord's daughter that because I had a lawyer for the time being, there was no way to evict me. I heard the conversation very clearly.Is there any officer who can buy a house for $3.5 million?Where did he get his money?736 58st brooklyn ny 11220. Landlord's son. Accused of illegal eviction, canine-assisted terrorism, and retaliatory harassment under color of law.

## II. UNIDENTIFIED PERSONNEL (JOHN/JANE DOES)

1. Jane Doe Interpreter (72nd Precinct): Asian female, approx. 35 years old, shoulder-length black hair, Cantonese speaker. Charge: Fraudulent entrapment (07/06/2022). Lured Plaintiff to the precinct under false pretenses.

2. Jane Doe Clerical Staff A (72nd Precinct): Black female, wears glasses, large black birthmark on the left side of her face. Charge: Systemic refusal to file reports; use of anti-Asian hate speech.

3. John Doe Hispanic Officer: Approx. 5' tall, thin build, brown eyes, buzz cut. Charge: Violent assault and warrantless arrest (05/16/2024). Falsified "no injury" report despite Plaintiff's hospitalization.

## III. CHRONOLOGICAL TIMELINE OF INCIDENTS (2020 - 2025)

• 09/24/2020 (Report #2020-072-004555): Burglary and property damage. NYPD filed a fraudulent report omitting officer IDs and suspect details.

• 04/01/2021 (Report #2021-072-002066): Officers 5146 and 21423 intentionally filed erroneous reports to shield criminal landlord.

• 05/29/2022: Violent warrantless arrest; Plaintiff detained for 72 hours without probable cause.

• 07/06/2022: The Entrapment. Lured by an interpreter, Plaintiff was assaulted by 6 officers at the 72nd Precinct. Officer AIELLO (#20221) filmed her in pain. Plaintiff attempted suicide in custody due to extreme humiliation.

• 06/01/2023: NYPD assisted landlord in filing a fraudulent harassment report (#003289) against Plaintiff.

• 08/22/2023: Officer LUO (#12820) conducted a warrantless arrest and property destruction. Luo admitted he was "forced" to break the law by superiors.

• 05/16/2024: Brutal assault by a Hispanic officer. Plaintiff hospitalized for 3 days with severe bruising/ligament damage. NYPD falsified records to state "no injuries." Michael Farrell utilized his position to suppress evidence.

• 05/18/2024: Officer LIVINGSTON (#12987) executed a retaliatory arrest. During detention, Plaintiff's SSN card and Credit Cards were stolen and used for $5,500 in fraudulent charges.

• 12/09/2024: Officers Beg, Law, and Maynard actively facilitated the theft of $400,000 in Plaintiff's property by blocking her from her residence.

ADDITIONAL LEGAL NOTICE TO THE COURT

Plaintiff is currently disabled and suffers from Permanent Ligament Damage, Severe PTSD, Major Depressive Disorder, and Dental Destruction (estimated cost of $150,000) as a direct result of the Defendants' conduct. Plaintiff demands a Jury Trial to seek not less than $3,000,000 in compensatory and punitive damages.No compensation will be discussed.

The plaintiff is risking his life to seek a fair and just trial, to restore my respect, and to restore my right as a citizen to enjoy the law equally.

Innocent victims.
jieying pan
p.o.box 200306 brooklyn ny 11220.
Tel: 917-718-5388.
karyannazhu@gmail.com

03/02/2026