UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
Jieying Pan,

                       Plaintiff,

      -against-

Police Officer Livingston; Police Officer Luo,

                   Defendants.
-----------------------------------------------------------------X

**ORDER**

25-CV-5895 (RER) (TAM)

**RAMÓN E. REYES, JR., District Judge:**

The Court construes plaintiff's "Nucleus Omnibus Objections Under FRCP Rule 72" (ECF No. 40) and "Ultimatem Action" (ECF No. 53) as objections to Magistrate Judge Merkl's jurisdiction to preside over pretrial matters in this case. All such objections are overruled. Magistrate judges have the authority to preside over non-dispositive civil pretrial matters under 28 U.S.C. § 636(b) and Local Civil Rules 72.1 and 16.2. *See also De Oliveira v. Tenet Healthcare*, No. 25 Civ. 1683 (VSB) (GS), 2025 WL 1548944, at *3 (S.D.N.Y. May 30, 2025) ("The Second Circuit has recognized that magistrate judges have jurisdiction over pretrial matters and non-dispositive matters.") (citing *Williams v. Beemiller, Inc.,* 527 F.3d 259, 264 (2d Cir. 2008)). To the extent plaintiff objects to any specific non-dispositive ruling Magistrate Judge Merkl has made to date, those objections are overruled.

The parties shall proceed through discovery under the direction of Magistrate Judge Merkl. The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff.

SO ORDERED.


       /s/ Ramón E. Reyes, Jr.     
RAMÓN E. REYES, JR.
United States District Judge

Dated: June 12, 2026
      Brooklyn, New York